UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

   George Orkan Stasior,

               Debtor(s).

Case No. 18-12096
Chapter 13

---

## SUA SPONTE ORDER
## OF RECUSAL AND TRANSFER

The Court, after reviewing the proposed order to substitute counsel and the Debtor's voluntary petition and the case docket, has determined that its recusal is appropriate under 28 U.S.C. § 455(a) as the Court is familiar with the Debtor.

NOW, after due deliberation, it is hereby

**ORDERED**, that this Court recuses itself from the entirety of this case and any contested matters filed in connection therewith; and it is further

**ORDERED**, that this case shall be transferred to the Northern District of New York, Syracuse Division (Chief Judge Margaret Cangilos-Ruiz), pursuant to Local Bankruptcy Rule 1073-1 (e); and it is further

**ORDERED**, that the case number shall remain the same.

Dated: Albany, New York
January 8, 2019

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**FILED**

JAN - 8 2019

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY